UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEI LI,<br><br>                              Petitioner,<br><br>-against-<br><br>FEDERAL BUREAU OF PRISONS,<br><br>                              Respondent. | 1:23-CV-9039 (ER)<br><br>ORDER TO ANSWER, 28 U.S.C. § 2241 |

EDGARDO RAMOS, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within 60 days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleading in response to the petition. Petitioner may file reply papers, if any, within 30 days from the date Petitioner is served with Respondent's answer or other pleading.

The Court encourages the Government to file a notice of appearance as soon as possible in order to be granted "case participant-only" electronic access to the petition.

SO ORDERED.

Dated:   October 20, 2023
         New York, New York

                                                          _____
                                                              EDGARDO RAMOS
                                                          United States District Judge